IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00266-NYW

DANIEL HERRICK,

    Plaintiff,

v.

THE VAIL CORPORATION,

    Defendant.

---

Civil Action No. 22-cv-00267-NYW

DANIEL HERRICK,

    Plaintiff,

v.

THE VAIL CORPORATION,

    Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court *sua sponte*. On January 31, 2022, Plaintiff initiated two civil actions in the United States District Court for the District of Colorado: 22-cv-00266-NYW (the "First Action") and 22-cv-00267-NYW (the "Second Action"). Each of the cases was directly assigned to the undersigned Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c). *See* [First Action, Doc. 2]; [Second Action, Doc. 2].[1]

    On February 1, 2022, this court set a Telephonic Status Conference in each of the pending actions for April 21, 2022: at 10:00 a.m. in the First Action and at 10:30 a.m. in the Second Action.[2]

---

[1] Because this Minute Order is applicable in multiple active cases, the court refers to docket entries by both the action and the docket number.

[2] Copies of the court's Minute Orders sent to Plaintiff at his provided address were returned as undeliverable. *See* [First Action, Doc. 6]; [Second Action, Doc. 6]. However, the court

1

However, due to an unavoidable conflict in the court's calendar, it is **ORDERED** that the Telephonic Status Conferences for the First Action and the Second Action are hereby **RE-SET** to **May 24, 2022** at **11:00 a.m., to be held concurrently.** The Parties shall participate using the following dial-in information: **888-363-4749; Access Code 5738976#**.

In addition, upon the court's review of the docket in this matter, it appears that Defendant, The Vail Corporation, has not yet been served. Plaintiff is hereby **REMINDED** that, pursuant to Rule 4 of the Federal Rules of Civil Procedure, his deadline to serve Defendant is 90 days after the filing of the Complaint—i.e., **April 30, 2022**. *See* Fed. R. Civ. P. 4(m). Mr. Herrick is advised that the failure to timely serve Defendant may result in the dismissal of this action without prejudice. *See id.* (providing that if a defendant is not served within 90 days, the court, on motion or after notice to the plaintiff, "must dismiss the action without prejudice or order that service be made within a specified time") (emphasis added).

The court further notes that no summons was issued when Plaintiff initiated this civil action on January 31, 2022. *See* [First Action, Doc. 3]; [Second Action, Doc. 3]. Rule 4 directs that "[a] summons must be served with a copy of the complaint" to effectuate proper service, and instructs that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c)(1). Plaintiff is advised that he may obtain a copy of a civil summons from the Clerk of Court by requesting a summons via email to cod_prose_filing@cod.uscourts.gov or in person by visiting the Clerk's Office of the United States District Court, located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.

Finally, the court advises Plaintiff of the Federal Pro Se Clinic, which provides free assistance to people representing themselves in the United States District Court for the District of Colorado. The Clinic cannot assist with criminal, bankruptcy, habeas, appeals, or any state cases. If Plaintiff wishes to avail himself of this service, he may make an appointment by phone (303-380-8786) or online at www.cobar.org/cofederalproseclinic.

Accordingly, **IT IS ORDERED** that:

(1) The Status Conferences originally set for April 21, 2022 are **RE-SET** to **May 24, 2022 at 11:00 a.m., to be held concurrently**. The Parties shall participate at the designated time using the following dial-in information: **888-363-4749; Access Code: 5738976#**; and

(2) A copy of this Minute Order shall be sent to:

> Daniel L. Herrick
> 111 West Beaver Creek Boulevard, #399
> Avon, CO 81620

DATED: March 15, 2022

---

subsequently received a telephonic communication from Plaintiff wherein he confirmed that the address listed on the docket is his correct address.