**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22 -cv- 00267- NYW

DANIEL HERRICK,

    Plaintiff,

v.

THE VAIL CORPORATION,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

    Jessica P. Marsh, of the law firm of Williams Weese Pepple & Ferguson PC, hereby enters her appearance on behalf of Defendant The Vail Corporation and certifies that she is a member in good standing of the bar of the United States District Court for the District of Colorado.

    Respectfully submitted this 7th day of April 2022.

    WILLIAMS WEESE PEPPLE & FERGUSON PC

*/s/ Jessica P. Marsh*
Bronwyn H. Pepple
Jessica P. Marsh
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
bpepple@williamsweese.com
jmarsh@williamsweese.com

*Attorneys for Defendant The Vail Corporation*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 7th day of April 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served upon the following via the methods listed below:

***Via U.S. Mail and Electronic Mail (courtesy copy):***
Daniel L. Herrick
111 West Beaver Creek Boulevard, #399
Avon, CO 81620
herrick_dan@yahoo.com

                                              */s/ Mikayla Munyon*
                                              WILLIAMS WEESE PEPPLE & FERGUSON PC